**Order entered January 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01057-CR
No. 05-19-01059-CR

**TAVARIO JERMAINE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-87850-2018 & 001-87851-2018**

## ORDER

Before the Court is appellant's December 30, 2019 motion for extension of time to file

his brief. We **GRANT** the motion and **ORDER** the brief due by January 21, 2020.


/s/     BILL PEDERSEN, III
        JUSTICE